United States District Court
Southern District of Texas
**ENTERED**
November 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALLEN MILLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:26-cv-07930 |
| | § | |
| FEDERAL EXPRESS CORPORATION, | § | |
| | § | |
| Defendant. | § | |

# ORDER

The Court previously ordered the parties to file briefs addressing whether this case should be consolidated with approximately 300 nearly identical FLSA actions against Defendant Federal Express Corporation. (D.E. 8). Those briefs are now before the Court. (D.E. 11); (D.E. 12). Plaintiff supports consolidation. (D.E. 11). Defendant opposes wholesale consolidation but supports, at least, limited consolidation for purposes of resolving its anticipated motion to dismiss. (D.E. 12, p. 9–10). Defendant also urges the Court to order the parties to mediate. *Id.* at 8–9.

After review, the Court finds consolidation is appropriate to resolve common legal questions. Therefore, the Court **CONSOLIDATES** this action with the following cases:

| Case Number | Caption |
|---|---|
| 2:26-cv-00267 | Benavides v. Federal Express Corporation |
| 2:26-cv-00268 | Honeycutt v. Federal Express Corporation |
| 2:26-cv-00269 | Calderon v. Federal Express Corporation |
| 2:26-cv-00270 | Howland v. Federal Express Corporation |
| 2:26-cv-00271 | Castillo v. Federal Express Corporation |
| 2:26-cv-00272 | Davila v. Federal Express Corporation |
| 2:26-cv-00273 | Karcher v. Federal Express Corporation |
| 2:26-cv-00274 | Kniejski v. Federal Express Corporation |
| 2:26-cv-00275 | Duran v. Federal Express Corporation |
| 2:26-cv-00277 | Maupin v. Federal Express Corporation |
| 2:26-cv-00279 | Randall v. Federal Express Corporation |

| | |
|---|---|
| 2:26-cv-00280 | Rangel v. Federal Express Corporation |
| 2:26-cv-00281 | Pedroza v. Federal Express Corporation |
| 2:26-cv-00282 | Williams v. Federal Express Corporation |
| 2:26-cv-00283 | Zenger v. Federal Express Corporation |
| 3:26-cv-00328 | Harris v. Federal Express Corporation |
| 4:26-cv-08001 | Abrego v. Federal Express Corporation |
| 4:26-cv-08002 | Adams v. Federal Express Corporation |
| 4:26-cv-08004 | Albert v. Federal Express Corporation |
| 4:26-cv-08005 | Alexander v. Federal Express Corporation |
| 4:26-cv-08006 | Allen v. Federal Express Corporation |
| 4:26-cv-08010 | Amin v. Federal Express Corporation |
| 4:26-cv-08012 | Anderson v. Federal Express Corporation |
| 4:26-cv-08013 | Anderson v. Federal Express Corporation |
| 4:26-cv-08016 | Appling v. Federal Express Corporation |
| 4:26-cv-08018 | Armstrong v. Federal Express Corporation |
| 4:26-cv-08022 | Avila v. Federal Express Corporation |
| 4:26-cv-08023 | Bailey v. Federal Express Corporation |
| 4:26-cv-08024 | Baker v. Federal Express Corporation |
| 4:26-cv-08026 | Ball v. Federal Express Corporation |
| 4:26-cv-08027 | Hayes v. Federal Express Corporation |
| 4:26-cv-08028 | Barnes v. Federal Express Corporation |
| 4:26-cv-08029 | Bautista v. Federal Express Corporation |
| 4:26-cv-08030 | Henry v. Federal Express Corporation |
| 4:26-cv-08031 | Beaver II v. Federal Express Corporation |
| 4:26-cv-08032 | Hernandez v. Federal Express Corporation |
| 4:26-cv-08033 | Herrera v. Federal Express Corporation |
| 4:26-cv-08034 | Hicks v. Federal Express Corporation |
| 4:26-cv-08036 | Hicks v. Federal Express Corporation |
| 4:26-cv-08037 | Bellvin v. Federal Express Corporation |
| 4:26-cv-08038 | Hines v. Federal Express Corporation |
| 4:26-cv-08039 | Hollerman v. Federal Express Corporation |
| 4:26-cv-08040 | Bennett v. Federal Express Corporation |
| 4:26-cv-08041 | Blaine v. Federal Express Corporation |
| 4:26-cv-08042 | Boutte v. Federal Express Corporation |
| 4:26-cv-08043 | Bradford v. Federal Express Corporation |
| 4:26-cv-08045 | Bradley v. Federal Express Corporation |
| 4:26-cv-08046 | Breaux v. Federal Express Corporation |
| 4:26-cv-08047 | Brieva v. Federal Express Corporation |
| 4:26-cv-08049 | Brown v. Federal Express Corporation |

| | |
|---|---|
| 4:26-cv-08050 | Brown v. Federal Express Corporation |
| 4:26-cv-08051 | Burrell v. Federal Express Corporation |
| 4:26-cv-08052 | Bustos v. Federal Express Corporation |
| 4:26-cv-08053 | Calligan v. Federal Express Corporation |
| 4:26-cv-08054 | Cao v. Federal Express Corporation |
| 4:26-cv-08058 | Hosea v. Federal Express Corporation |
| 4:26-cv-08059 | Arredondo v. Federal Express Corporation |
| 4:26-cv-08061 | Hunt v. Federal Express Corporation |
| 4:26-cv-08062 | Hill Cargill v. Federal Express Corporation |
| 4:26-cv-08063 | Jackson v. Federal Express Corporation |
| 4:26-cv-08064 | Carrasco v. Federal Express Corporation |
| 4:26-cv-08065 | Jackson v. Federal Express Corporation |
| 4:26-cv-08066 | Carter v. Federal Express Corporation |
| 4:26-cv-08067 | Jackson v. Federal Express Corporation |
| 4:26-cv-08068 | Jackson v. Federal Express Corporation |
| 4:26-cv-08069 | Chavez v. Federal Express Corporation |
| 4:26-cv-08070 | Jackson-Banks v. Federal Express Corporation |
| 4:26-cv-08072 | Jarmon v. Federal Express Corporation |
| 4:26-cv-08073 | De Jesus v. Federal Express Corporation |
| 4:26-cv-08074 | Johnson v. Federal Express Corporation |
| 4:26-cv-08076 | Clark v. Federal Express Corporation |
| 4:26-cv-08077 | Colbert v. Federal Express Corporation |
| 4:26-cv-08078 | Coleman v. Federal Express Corporation |
| 4:26-cv-08079 | Johnson v. Federal Express Corporation |
| 4:26-cv-08080 | Johnson v. Federal Express Corporation |
| 4:26-cv-08081 | Covarrubias v. Federal Express Corporation |
| 4:26-cv-08082 | Jones v. Federal Express Corporation |
| 4:26-cv-08083 | Cunningham v. Federal Express Corporation |
| 4:26-cv-08084 | Dalfrey v. Federal Express Corporation |
| 4:26-cv-08085 | Jones v. Federal Express Corporation |
| 4:26-cv-08086 | Dancy v. Federal Express Corporation |
| 4:26-cv-08087 | Jones v. Federal Express Corporation |
| 4:26-cv-08089 | Jones v. Federal Express Corporation |
| 4:26-cv-08090 | Busby Jr. v. Federal Express Corporation |
| 4:26-cv-08091 | Jones v. Federal Express Corporation |
| 4:26-cv-08093 | Joyce v. Federal Express Corporation |
| 4:26-cv-08094 | Joyce v. Federal Express Corporation |
| 4:26-cv-08095 | Darby v. Federal Express Corporation |
| 4:26-cv-08097 | Davidson v. Federal Express Corporation |

| | |
|---|---|
| 4:26-cv-08098 | Jupiter v. Federal Express Corporation |
| 4:26-cv-08099 | Kirby v. Federal Express Corporation |
| 4:26-cv-08100 | Davis v. Federal Express Corporation |
| 4:26-cv-08103 | Davis v. Federal Express Corporation |
| 4:26-cv-08105 | Kowalski v. Federal Express Corporation |
| 4:26-cv-08108 | Davis v. Federal Express Corporation |
| 4:26-cv-08110 | Davis v. Federal Express Corporation |
| 4:26-cv-08111 | Deere v. Federal Express Corporation |
| 4:26-cv-08112 | Dennis v. Federal Express Corporation |
| 4:26-cv-08113 | Dixon v. Federal Express Corporation |
| 4:26-cv-08116 | Dozier v. Federal Express Corporation |
| 4:26-cv-08119 | Earvin v. Federal Express Corporation |
| 4:26-cv-08122 | English v. Federal Express Corporation |
| 4:26-cv-08123 | Luis Enriquez v. Federal Express Corporation |
| 4:26-cv-08125 | Escobedo v. Federal Express Corporation |
| 4:26-cv-08126 | Faison Jr. v. Federal Express Corporation |
| 4:26-cv-08128 | Farias v. Federal Express Corporation |
| 4:26-cv-08129 | Kuilan v. Federal Express Corporation |
| 4:26-cv-08130 | Lange v. Federal Express Corporation |
| 4:26-cv-08131 | Lasalle v. Federal Express Corporation |
| 4:26-cv-08133 | Lattimore v. Federal Express Corporation |
| 4:26-cv-08134 | Fernandez v. Federal Express Corporation |
| 4:26-cv-08135 | Leal v. Federal Express Corporation |
| 4:26-cv-08136 | Lecompte v. Federal Express Corporation |
| 4:26-cv-08138 | Fisher v. Federal Express Corporation |
| 4:26-cv-08140 | Flores v. Federal Express Corporation |
| 4:26-cv-08141 | Lewis v. Federal Express Corporation |
| 4:26-cv-08142 | Fore v. Federal Express Corporation |
| 4:26-cv-08143 | Lewis v. Federal Express Corporation |
| 4:26-cv-08144 | Foster v. Federal Express Corporation |
| 4:26-cv-08145 | Francisco v. Federal Express Corporation |
| 4:26-cv-08146 | Fuentes v. Federal Express Corporation |
| 4:26-cv-08147 | Mackey v. Federal Express Corporation |
| 4:26-cv-08148 | Gabriel v. Federal Express Corporation |
| 4:26-cv-08149 | Maldonado v. Federal Express Corporation |
| 4:26-cv-08150 | Malone v. Federal Express Corporation |
| 4:26-cv-08152 | Garcia v. Federal Express Corporation |
| 4:26-cv-08153 | Marion v. Federal Express Corporation |
| 4:26-cv-08154 | Marte v. Federal Express Corporation |

| | |
|---|---|
| 4:26-cv-08156 | Martin v. Federal Express Corporation |
| 4:26-cv-08157 | Garcia-Arroliga v. Federal Express Corporation |
| 4:26-cv-08158 | Martinez v. Federal Express Corporation |
| 4:26-cv-08159 | Martinez v. Federal Express Corporation |
| 4:26-cv-08160 | Glenn v. Federal Express Corporation |
| 4:26-cv-08162 | Godine v. Federal Express Corporation |
| 4:26-cv-08163 | Mayo v. Federal Express Corporation |
| 4:26-cv-08164 | Torres Gonzalez v. Federal Express Corporation |
| 4:26-cv-08165 | McDaniel v. Federal Express Corporation |
| 4:26-cv-08166 | Gonzalez v. Federal Express Corporation |
| 4:26-cv-08167 | Gonzalez-Lopez v. Federal Express Corporation |
| 4:26-cv-08168 | McFarland v. Federal Express Corporation |
| 4:26-cv-08169 | Goodjoint v. Federal Express Corporation |
| 4:26-cv-08171 | McGowen v. Federal Express Corporation |
| 4:26-cv-08175 | Green v. Federal Express Corporation |
| 4:26-cv-08182 | Green-Jones v. Federal Express Corporation |
| 4:26-cv-08183 | Menefee v. Federal Express Corporation |
| 4:26-cv-08184 | Guillermo v. Federal Express Corporation |
| 4:26-cv-08186 | Gutierrez v. Federal Express Corporation |
| 4:26-cv-08188 | Mercardo v. Federal Express Corporation |
| 4:26-cv-08189 | Miller v. Federal Express Corporation |
| 4:26-cv-08192 | Miranda v. Federal Express Corporation |
| 4:26-cv-08193 | Miranda v. Federal Express Corporation |
| 4:26-cv-08195 | Guzman-Garza v. Federal Express Corporation |
| 4:26-cv-08199 | Mitchell v. Federal Express Corporation |
| 4:26-cv-08200 | Haggerty v. Federal Express Corporation |
| 4:26-cv-08201 | Mobley v. Federal Express Corporation |
| 4:26-cv-08204 | Hailey v. Federal Express Corporation |
| 4:26-cv-08208 | Hall v. Federal Express Corporation |
| 4:26-cv-08211 | Harrison v. Federal Express Corporation |
| 4:26-cv-08226 | Mukes v. Federal Express Corporation |
| 4:26-cv-08227 | Mukes v. Federal Express Corporation |
| 4:26-cv-08228 | Murphy III v. Federal Express Corporation |
| 4:26-cv-08229 | Murray v. Federal Express Corporation |
| 4:26-cv-08230 | Myrick v. Federal Express Corporation |
| 4:26-cv-08232 | Newton v. Federal Express Corporation |
| 4:26-cv-08234 | Nieto v. Federal Express Corporation |
| 4:26-cv-08236 | Nunn v. Federal Express Corporation |
| 4:26-cv-08245 | Osborne v. Federal Express Corporation |

| | |
|---|---|
| 4:26-cv-08247 | Morrow v. Federal Express Corporation |
| 4:26-cv-08250 | Moses v. Federal Express Corporation |
| 4:26-cv-08251 | Muhammad v. Federal Express Corporation |
| 4:26-cv-08254 | Ramirez v. Federal Express Corporation |
| 4:26-cv-08256 | Rand v. Federal Express Corporation |
| 4:26-cv-08257 | Osborne v. Federal Express Corporation |
| 4:26-cv-08259 | Ovalle v. Federal Express Corporation |
| 4:26-cv-08260 | Ozuna v. Federal Express Corporation |
| 4:26-cv-08261 | Randle v. Federal Express Corporation |
| 4:26-cv-08262 | Raynor v. Federal Express Corporation |
| 4:26-cv-08264 | Resendez v. Federal Express Corporation |
| 4:26-cv-08265 | Pelletier v. Federal Express Corporation |
| 4:26-cv-08266 | Reyes v. Federal Express Corporation |
| 4:26-cv-08267 | Percia v. Federal Express Corporation |
| 4:26-cv-08268 | Perry v. Federal Express Corporation |
| 4:26-cv-08269 | Pickett v. Federal Express Corporation |
| 4:26-cv-08270 | Pierre v. Federal Express Corporation |
| 4:26-cv-08272 | Prado v. Federal Express Corporation |
| 4:26-cv-08274 | Prince v. Federal Express Corporation |
| 4:26-cv-08278 | Reyna v. Federal Express Corporation |
| 4:26-cv-08279 | Pues v. Federal Express Corporation |
| 4:26-cv-08282 | Radley v. Federal Express Corporation |
| 4:26-cv-08283 | Washington v. Federal Express Corporation |
| 4:26-cv-08284 | Talbert v. Federal Express Corporation |
| 4:26-cv-08286 | Tarver v. Federal Express Corporation |
| 4:26-cv-08287 | Tate v. Federal Express Corporation |
| 4:26-cv-08288 | Williams v. Federal Express Corporation |
| 4:26-cv-08290 | Taylor v. Federal Express Corporation |
| 4:26-cv-08291 | Williams v. Federal Express Corporation |
| 4:26-cv-08292 | Taylor v. Federal Express Corporation |
| 4:26-cv-08293 | Williams v. Federal Express Corporation |
| 4:26-cv-08294 | Thomas v. Federal Express Corporation |
| 4:26-cv-08295 | Williams v. Federal Express Corporation |
| 4:26-cv-08296 | Richardson v. Federal Express Corporation |
| 4:26-cv-08297 | Thomas v. Federal Express Corporation |
| 4:26-cv-08298 | Williams v. Federal Express Corporation |
| 4:26-cv-08299 | Richardson v. Federal Express Corporation |
| 4:26-cv-08301 | Rivas v. Federal Express Corporation |
| 4:26-cv-08302 | Thomas v. Federal Express Corporation |

| | |
|---|---|
| 4:26-cv-08303 | Yarborough v. Federal Express Corporation |
| 4:26-cv-08304 | Rivera v. Federal Express Corporation |
| 4:26-cv-08306 | Young v. Federal Express Corporation |
| 4:26-cv-08307 | Thomas v. Federal Express Corporation |
| 4:26-cv-08308 | Young v. Federal Express Corporation |
| 4:26-cv-08309 | Rivera v. Federal Express Corporation |
| 4:26-cv-08310 | Young v. Federal Express Corporation |
| 4:26-cv-08311 | Robinson v. Federal Express Corporation |
| 4:26-cv-08312 | Zamora v. Federal Express Corporation |
| 4:26-cv-08314 | Rogers v. Federal Express Corporation |
| 4:26-cv-08315 | Zavala v. Federal Express Corporation |
| 4:26-cv-08317 | Da Rosa v. Federal Express Corporation |
| 4:26-cv-08318 | Russell v. Federal Express Corporation |
| 4:26-cv-08319 | Salas v. Federal Express Corporation |
| 4:26-cv-08320 | Samuels v. Federal Express Corporation |
| 4:26-cv-08321 | Sanchez v. Federal Express Corporation |
| 4:26-cv-08322 | Sandoval v. Federal Express Corporation |
| 4:26-cv-08324 | Saracho v. Federal Express Corporation |
| 4:26-cv-08325 | Schott v. Federal Express Corporation |
| 4:26-cv-08326 | Scott, Jr. v. Federal Express Corporation |
| 4:26-cv-08328 | Sharp v. Federal Express Corporation |
| 4:26-cv-08330 | Showalter v. Federal Express Corporation |
| 4:26-cv-08331 | Simmons v. Federal Express Corporation |
| 4:26-cv-08332 | Thomas v. Federal Express Corporation |
| 4:26-cv-08333 | Simmons v. Federal Express Corporation |
| 4:26-cv-08335 | Truong v. Federal Express Corporation |
| 4:26-cv-08336 | Simpson v. Federal Express Corporation |
| 4:26-cv-08338 | Tullis v. Federal Express Corporation |
| 4:26-cv-08339 | Simpson v. Federal Express Corporation |
| 4:26-cv-08340 | Tutson v. Federal Express Corporation |
| 4:26-cv-08341 | Smith v. Federal Express Corporation |
| 4:26-cv-08342 | Soriano v. Federal Express Corporation |
| 4:26-cv-08343 | Umana v. Federal Express Corporation |
| 4:26-cv-08344 | Soza v. Federal Express Corporation |
| 4:26-cv-08345 | Stanley v. Federal Express Corporation |
| 4:26-cv-08350 | Khrystalle Steber v. Federal Express Corporation |
| 4:26-cv-08351 | Sterling v. Federal Express Corporation |
| 4:26-cv-08352 | Stockett v. Federal Express Corporation |

| | |
|---|---|
| 4:26-cv-08353 | Stokes v. Federal Express Corporation |
| 4:26-cv-08354 | Sullivan v. Federal Express Corporation |
| 4:26-cv-08355 | Sumlar v. Federal Express Corporation |
| 4:26-cv-08356 | Vasquez v. Federal Express Corporation |
| 4:26-cv-08357 | Villanueva v. Federal Express Corporation |
| 4:26-cv-08358 | Villarreal v. Federal Express Corporation |
| 4:26-cv-08359 | Viverette v. Federal Express Corporation |
| 4:26-cv-08360 | Vo v. Federal Express Corporation |
| 4:26-cv-08361 | Waldrup v. Federal Express Corporation |
| 4:26-cv-08362 | Walker v. Federal Express Corporation |
| 4:26-cv-08363 | Walker v. Federal Express Corporation |
| 4:26-cv-08364 | Wallace-Scipio v. Federal Express Corporation |
| 4:26-cv-08365 | Warfield v. Federal Express Corporation |
| 4:26-cv-08366 | Washington v. Federal Express Corporation |
| 5:26-cv-01704 | Rodriguez v. Federal Express Corporation |
| 6:26-cv-00057 | Domen v. Federal Express Corporation |
| 6:26-cv-00058 | Gernentz v. Federal Express Corporation |
| 6:26-cv-00060 | Morales v. Federal Express Corporation |
| 6:26-cv-00061 | Padron v. Federal Express Corporation |
| 7:26-cv-00435 | Almendarez Jr. v. Federal Express Corporation |
| 7:26-cv-00436 | Alvarado v. Federal Express Corporation |
| 7:26-cv-00438 | Blasquez v. Federal Express Corporation |
| 7:26-cv-00439 | Carr v. Federal Express Corporation |
| 7:26-cv-00441 | Juarez v. Federal Express Corporation |
| 7:26-cv-00442 | Deleon v. Federal Express Corporation |
| 7:26-cv-00443 | Falcon v. Federal Express Corporation |
| 7:26-cv-00444 | Loredo v. Federal Express Corporation |
| 7:26-cv-00445 | Lugo v. Federal Express Corporation |
| 7:26-cv-00446 | Garcia v. Federal Express Corporation |
| 7:26-cv-00447 | Martinez v. Federal Express Corporation |
| 7:26-cv-00448 | Martinez v. Federal Express Corporation |
| 7:26-cv-00450 | Ramirez v. Federal Express Corporation |
| 7:26-cv-00451 | Ramirez v. Federal Express Corporation |
| 7:26-cv-00452 | Pena v. Federal Express Corporation |
| 7:26-cv-00453 | Quezada v. Federal Express Corporation |
| 7:26-cv-00454 | Tavarez v. Federal Express Corporation |
| 7:26-cv-00455 | Wilson v. Federal Express Corporation |
| 7:26-cv-00456 | Salas v. Federal Express Corporation |
| 7:26-cv-00458 | Varela v. Federal Express Corporation |

| | |
|---|---|
| 7:26-cv-00459 | Vite v. Federal Express Corporation |
| 7:26-cv-00513 | Garcia v. Federal Express Corporation |
| 4:26-cv-09333 | Adams v. Federal Express Corporation |
| 4:26-cv-09336 | Armstrong v. Federal Express Corporation |
| 4:26-cv-09343 | Ballom v. Federal Express Corporation |
| 4:26-cv-09345 | Bonner v. Federal Express Corporation |
| 4:26-cv-09346 | Friday v. Federal Express Corporation |
| 4:26-cv-09347 | Guerra v. Federal Express Corporation |
| 4:26-cv-09348 | Hardeman v. Federal Express Corporation |
| 4:26-cv-09349 | Reed v. Federal Express Corporation |
| 4:26-cv-09350 | Richard v. Federal Express Corporation |
| 4:26-cv-09351 | Tello v. Federal Express Corporation |
| 4:26-cv-09352 | Tillmon v. Federal Express Corporation |
| 4:26-cv-09353 | Williams v. Federal Express Corporation |
| 4:26-cv-09391 | Hill v. Federal Express Corporation |
| 4:26-cv-09392 | White v. Federal Express Corporation |
| 4:26-cv-09397 | White v. Federal Express Corporation |
| 4:26-cv-09414 | Godfrey v. Federal Express Corporation |
| 7:26-cv-00513 | Garcia v. Federal Express Corporation |

The Court **ORDERS** the parties to appear before the undersigned via Zoom for a status conference on **November 10, 2026, at 9:30 a.m.**[1] The parties **SHALL** be prepared to discuss referral to a magistrate judge for mediation. Plaintiff **SHALL** be prepared to address Defendant's contention that some Plaintiffs have no damages. (D.E. 12, p. 7–9).

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Houston, Texas
November 3, 2026

---

[1] Parties may access the hearing, if necessary, via the following link:
https://www.zoomgov.com/j/1615444251?pwd=R3g5ZnBwdVpvVkFCUlBVS211UXZ4QT09
Dial by your location
+1 669 254 5252 US (San Jose)
+1 646 828 7666 US (New York)
Meeting ID: 161 544 4251
Password: 020679