United States District Court
Southern District of Texas
**ENTERED**
November 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALLEN MILLER, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:26-cv-07930 |
| | § | |
| FEDERAL EXPRESS CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is Plaintiffs' unopposed motion to continue the status conference set for November 10, 2026, at 11:30 a.m. (D.E. 17). The Court notes that it has already re-set the status conference once to accommodate Plaintiffs' counsel's schedule. *See* (D.E. 13); (D.E. 14). The Court nonetheless **GRANTS** the motion to continue, (D.E. 17), and re-sets the status conference for **November 18, 2026, at 11:00 a.m.**[1] The Court **INSTRUCTS** Plaintiffs' counsel that if she is unable to appear at the hearing, she should arrange coverage from another attorney at her firm.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
November 9, 2026

[1] Parties may access the hearing, if necessary, via the following link:
https://www.zoomgov.com/j/1615444251?pwd=R3g5ZnBwdVpvVkFCUlBVS211UXZ4QT09
Dial by your location
+1 669 254 5252 US (San Jose)
+1 646 828 7666 US (New York)
Meeting ID: 161 544 4251
Password: 020679